In the Matter of the Estate of ANDREW H. GREEN, Deceased.

JULIA E. GREEN et al., Appellants; WILLIAM O. GREEN et al., as Surviving Trustees under the Will of ANDREW H. GREEN, Deceased, et al., Respondents.

(Argued November 20, 1933; decided December 5, 1933.)

*Conrad Saxe Keyes* for appellants.

*Stanley D. Brown* for William O. Green et al., as surviving trustees, etc., respondents.

*C. Francis Gaskill* for Sarah E. Puffer, as executrix of Timothy R. Green, respondent.

Order affirmed, with costs to the respondents payable out of the estate. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.